*Cases Disposed of Without Consideration by the Court.*

From January 19, to March 1, 1903. See vol. 187, p. 50.

No. 146. UNITED STATES, PLAINTIFF IN ERROR, *v.* S. P. SHOTTER COMPANY. In error to the Circuit Court of the United States for the Southern District of Alabama. January 19, 1903. Dismissed, on motion of *Mr. Solicitor General Richards* for the

plaintiff in error. *The Attorney General* for the plaintiff in error. *Mr. John Ridout* for the defendant in error.